Gregory C. BONTEMPS,
Plaintiff-Appellant,

v.

SIRKO, Correctional Officer,
Defendant-Appellee.

No. 16-56152

United States Court of Appeals,
Ninth Circuit.

---

* Prior to his retirement, Judge Kozinski fully participated in this case and concurred in this disposition after deliberations were complete.

** The Honorable Barrington D. Parker, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted December 18, 2017 *

Filed December 21, 2017

Gregory C. Bontemps, Pro Se

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Gregory C. Bontemps, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action after denying his application to proceed in forma pauperis status ("IFP") on the ground that Bontemps has "three strikes" under 28 U.S.C. § 1915(g). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Washington v. L.A. Cty. Sheriff's Dep't*, 833 F.3d 1048, 1054 (9th Cir. 2016). We affirm.

The district court properly denied Bontemps' request to proceed IFP because at least three of Bontemps' prior cases qualified as "strikes" under 28 U.S.C. § 1915, and Bontemps did not allege facts demonstrating that he faced imminent danger at the time he filed his complaint. *See Knapp v. Hogan*, 738 F.3d 1106, 1109 (9th Cir. 2013) (defining when a case is frivolous or malicious, or fails to state a claim under 28 U.S.C. § 1915, and can be considered a strike); *Andrews v. Cervantes*, 493 F.3d 1047, 1055-57 (9th Cir. 2007) (discussing imminent danger exception).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

